UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DERRICK REAVES,
on behalf of himself and all others
similarly situated,

                Plaintiff,

V.

MACYS.COM, LLC,

                Defendant.

---

Case No.: 1:18-cv-02032

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Derrick Reaves and Defendant Macys.com, LLC, by and through their respective counsel, stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, the dismissal of the class claims against Defendant without prejudice, and the dismissal of the action in its entirety, with each party to bear his/its own costs and attorneys' fees.

**PLAINTIFF DERRICK REAVES**

_/s/ C.K. Lee_
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
(212) 465-1188

**DEFENDANT MACYS.COM, LLC**

_/s/ Chad D. Silker_
Chad D. Silker (admitted *pro hac vice*)
Macy's Law Department
11477 Olde Cabin Road, Suite 400
St. Louis, MO 63141
(314) 342-6379

and

Daniel C. Fleming
Wong Fleming, P.C.
300 East 42nd Street, 14th Floor
New York, NY 10017
(212) 643-9668